FILED ____ ENTERED
LODGED ____ RECEIVED

OCT 31 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRADLEY WHALEY, <br><br> Defendant. | NO. CR25-221 JNW <br><br> INFORMATION |

The United States Attorney charges that:

## COUNT 1

### (Interstate Threats)

On or about March 20, 2025, at King County, within the Western District of Washington, and elsewhere, BRADLEY WHALEY knowingly and willfully transmitted in interstate commerce, a communication, that is, a telephone call placed from Tukwila, Washington to Washington, D.C., during which WHALEY threatened to injure the person of U.S. Representative 1 by stating, "I am going to go there [U.S. Representative 1's Congressional District Office] and slit his throat and slit his staff's throat."

All in violation of Title 18, United States Code, Section 875(c).

Information - 1
United States v. Whaley
USAO 2025R00401

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, BRADLEY WHALEY shall forfeit to the United States any property that constitutes or is traceable to proceeds of the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c).

//
//
//

Information - 2
United States v. Whaley
USAO 2025R00401

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 31st day of October, 2025.

s/ Sarah G. Vogel, for
CHARLES NEIL FLOYD
United States Attorney

TODD GREENBERG
Assistant United States Attorney

RACHEL YEMINI
Assistant United States Attorney

Information - 3
*United States v. Whaley*
USAO 2025R00401

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970